# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2043 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: Procco@fbrllp.com

October 2, 2024

**Via ECF**

Honorable Eric N. Vitaliano
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Steinberg, et al. v. Qatar Charity, Qatar National Bank, and Masraf al Rayan*, 1:24-cv-04999-ENV-SJB

Dear Judge Vitaliano:

      We are co-counsel for the Plaintiffs in the above-captioned action, in which the estate and immediate family members of the late Max D. Steinberg assert claims under the Anti-Terrorism Act, 18 U.S.C. § 2331 *et seq.*, against three Qatari Defendants for their alleged roles in providing financial support to the terrorist organization that murdered Mr. Steinberg.

      As the State of Qatar is not a party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Plaintiffs intend to move this Court for an order authorizing service of process on the Defendants' United States legal counsel pursuant to Fed. R. Civ. P. 4(f)(3) or, in the alternative, for issuance of letters rogatory pursuant to 28 U.S.C. § 1781 and Rule 4(f)(2)(B) directing the appropriate Qatari authority to effectuate service on the Defendants in Qatar.

      We have notified the attorneys who have appeared as counsel of record for the Defendants in two other cases currently pending in this District of our intention to seek this relief.[1] Those attorneys, who are copied on this letter, have indicated that they oppose Plaintiffs' application for service pursuant to Rule 4(f)(3), but have declined to respond to our repeated requests (on September 18, 24, and 26, and October 1) that they confer with us in accordance with the Court's Individual Motion Practices and Rules regarding the briefing schedule for Plaintiffs' anticipated

---

[1] Those two cases are *Force et al. v. Qatar Charity, Qatar National Bank, and Masraf Al Rayan*, No. 1:20-cv-02578-BMC and *Henkin, et al. v. Qatar Charity, Qatar National Bank, and Masraf Al Rayan*, No. 1:21-cv-05716-RER-VMS. The same counsel appeared for Defendants in a third case in this District, which was dismissed on July 7, 2023. *See Przewozman et al. v. Qatar Charity, Qatar National Bank, and Masraf Al Rayan*, No. 1:20-cv-6088-NGG-TAM.



motion. We therefore propose, for the Court's approval, that Plaintiffs' anticipated motion should be briefed in accordance with Local Civil Rule 6.1(b) as follows:

- Plaintiffs' moving papers to be served via e-mail within 2 days after the Court issues an order on the briefing schedule for Plaintiffs' motion;

- Defendants' opposition or response papers to be served via e-mail within 14 days after service of Plaintiffs' moving papers; and

- Plaintiffs' reply papers to be served via email within 7 days after service of Defendants' opposition papers.

Respectfully submitted,

/s/ Patrick L. Rocco

Attachment: Declaration of Service

CC: <u>Via e-mail and First Class Mail (without attachment)</u>

John M. Hillebrecht (john.hillebrecht@dlapiper.com); Michael George Lewis (michael.lewis@dlapiper.com); Jessica A. Masella (Jessica.masella@dlapiper.com), and Kevin Walsh (kevin.walsh@dlapiper.com) of DLA Piper LLP US for ***Defendant Qatar Charity***

Mary Brust (mary.brust@ropesgray.com); Douglas H. Hallward-Driemeier (douglas.hallward-driemeier@ropesgray.com); Michael G. McGovern (michael.mcgovern@ropesgray.com), and Brittany Norfleet Royce (brittany.norfleet@ropesgray.com) of Ropes & Gray LLP for ***Defendant Qatar National Bank***

Carolina A. Fornos (Carolina.fornos@pillsburylaw.com) and Max A. Winograd (max.winograd@pillsburylaw.com) of Pillsbury Winthrop Shaw Pittman LLP for ***Defendant Masraf Al Rayan***