UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
STUART E. STEINBERG, Individually and as Special
Administrator of the ESTATE OF MAX D.
STEINBERG, EVIE R. STEINBERG, PAIGE P. TEREN
and JAKE R. STEINBERG,

                            Plaintiffs,

                -against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,

                          Defendants.
------------------------------------------------------------------------ X

Case No. 1:24-cv-04999-ENV-SJB

# DECLARATION OF SERVICE

I, Susan M. Davies, hereby declare pursuant to 28 U.S.C. § 1746 and Federal Rule of Civil Procedure 5(b)(2)(E) that on October 11, 2024, I forwarded the Notice of Electronic Filing of Magistrate Judge Sanket J. Bulsara's October 11, 2024 minute order approving the proposed schedule for Plaintiffs' motion for an order authorizing service pursuant to Fed. R. Civ. P. 4(f)(3) or, alternatively, for issuance of letters rogatory via electronic mail to the following e-mail addresses: john.hillebrecht@dlapiper.com; michael.lewis@dlapiper.com; douglas.hallward-driemeier@ropesgray.com; michael.mcgovern@ropesgray.com; and Carolina.fornos@pillsburylaw.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Ulster County, New York on October 14, 2024.

                                                                            /s/ Susan M. Davies