UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
STUART E. STEINBERG, Individually and as Special
Administrator of the ESTATE OF MAX D.
STEINBERG, EVIE R. STEINBERG, PAIGE P. TEREN
and JAKE R. STEINBERG,

                      Plaintiffs,

                      -against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,

                      Defendants.
---------------------------------------------------------------------- X

Case No. 1:24-cv-04999-ENV-SJB

## DECLARATION OF SERVICE

    I, Susan M. Davies, hereby declare pursuant to 28 U.S.C. § 1746 and Federal Rule of Civil Procedure 5(b)(2)(E) that on November 6, 2024, I caused true and correct copies of the foregoing **Plaintiffs' Memorandum of Law in Further Support of Motion for Rule 4(f)(3) Service or Letters Rogatory, and in Opposition to Defendants' Cross-Motion to Dismiss** to be served as a PDF attached to an electronic message with the subject line: *Steinberg, et al. v. Qatar Charity, Qatar National Bank, and Masraf Al Rayan*, 1:24-cv-04999-ENV-SJB that was transmitted to each of the following e-mail addresses: john.hillebrecht@dlapiper.com; kevin.walsh@us.dlapiper.com; michael.lewis@dlapiper.com; douglas.hallward-driemeier@ropesgray.com; michael.mcgovern@ropesgray.com; carolina.fornos@pillsburylaw.com; christopher.caffarone@pillsburylaw.com, and max.winograd@pillsburylaw.com.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed in Ulster County, New York on November 6, 2024.

*[signature]*

Susan M. Davies