# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2043 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

EMAIL: procco@fbrllp.com

August 19, 2025

**Via ECF**

Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  *Steinberg, et al. v. Qatar Charity, Qatar National Bank, and Masraf al Rayan*,
     1:24-cv-04999-ENV-CHK

Dear Magistrate Judge Kaminsky:

      We are co-counsel for the Plaintiffs in the above-captioned action, in which Your Honor has scheduled a telephonic status conference for September 4, 2025 at 12:00 p.m.  We respectfully request an adjournment of the status conference to a date after September 15, 2025 in order to accommodate the schedules of Plaintiffs' and Defendants' counsel.  There has been no prior request to adjourn the status conference.

      Counsel for Defendants Qatar Charity, Qatar National Bank, and Masraf al Rayan have indicated that they do not object to this request subject to the inclusion in this letter motion of the following statement:  Counsel for Defendants underscore that to date, the complaint, filed on July 18, 2024, has not been served and counsel have only entered limited appearances—reserving all rights and without consenting to service of process or personal jurisdiction—for the sole purpose of opposing Plaintiffs' motion for alternative service, which remains pending.

                                            Respectfully submitted,

                                            /s/ Patrick L. Rocco


CC:  <u>Via e-mail</u>

      John M. Hillebrecht (john.hillebrecht@dlapiper.com)
      Kevin Walsh (kevin.walsh@dlapiper.com)
      of DLA Piper LLP US for ***Defendant Qatar Charity***



Douglas H. Hallward-Driemeier (douglas.hallward-driemeier@ropesgray.com)
Michael G. McGovern (michael.mcgovern@ropesgray.com)
Phillip Yao (phillip.yao@ropesgray.com)
Kyle Shaub (kyle.shaub@ropesgray.com)
of Ropes & Gray LLP for ***Defendant Qatar National Bank***

Carolina A. Fornos (carolina.fornos@pillsburylaw.com)
Christopher C. Caffarone (christopher.caffarone@pillsburylaw.com)
of Pillsbury Winthrop Shaw Pittman LLP for ***Defendant Masraf Al Rayan***