UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STUART E. STEINBERG, Individually and as Special
Administrator of the ESTATE OF MAX D.
STEINBERG, EVIE R. STEINBERG, PAIGE P. TEREN
and JAKE R. STEINBERG,

                Plaintiffs,

    -against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,

                Defendants.
------------------------------------------------------------------------X

Case No. 24-CV-4999-ENV-CHK

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 7, 2025

**FLEISCHMAN BONNER & ROCCO LLP**

By: *James P. Bonner* (signature)
James P. Bonner (jbonner@fbrllp.com)
445 Hamilton Avenue, Suite 402
White Plains, New York 10601
Telephone: 646-415-1399
*Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

By: *John M. Hillebrecht* (signature)
John M. Hillebrecht
(john.hillebrecht@dlapiper.com)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4590
*Attorneys for Defendant Qatar Charity*

**ROPES & GRAY LLP**

By: *Michael G McGovern*
Michael G. McGovern
(michael.mcgovern@ropesgray.com)
1211 Avenue of the Americas
New York, New York 10036
Telephone: 212-596-9000
*Attorneys for Defendant Qatar National Bank*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: _____
Carolina A. Fornos
(Carolina.fornos@pillsburylaw.com)
31 West 52nd Street
New York, New York 10019
Telephone: 212-858-1000
*Attorneys for Defendant Masraf Al Rayan*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 10/9/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

2